GEORGE RINGLER & COMPANY, Respondent, v. FRED HOLLENDER & COMPANY, Appellant.— Judgment reversed on the law, and new trial granted, costs to abide the event, for error in the exclusion of evidence at folio 217 of the record, in view of the charge of the trial justice that authority in the treasurer to sign the notes

might be inferred from the fact that he had previously made other notes. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.